## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ROBERT JONES, et al    v.    ALDERWOODS GROUP, INC., et al

THE HONORABLE JOHN W. SEDWICK     CASE NO.  3:11-cv-00178-JWS

Deputy Clerk

Robin Carter

PROCEEDINGS:  **ORDER FROM CHAMBERS**

The court construes the letter at docket [333] from plaintiff's counsel to be a motion to stay proceedings in this case for 120 days. Based on counsels representations, the court concludes that good cause exists to stay this case for 120 days. Accordingly, the motion at docket [333] is **GRANTED** as follows: (1) The parties are relieved of their obligation to comply with the order at docket [332] for a period of 120 days commencing with the date of this order. (2) Unless closing papers or a complaint are filed on or before the expiration of the 120 days, this case will be dismissed without prejudice and without further notice to the parties.

ENTERED AT JUDGE'S DIRECTION
DATE:  September 29, 2011          INITIALS: rmc
                                             Deputy Clerk

[FORMS*IA*]